IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SIGNATURE HOMES, LLC, *et al.*, <br> Plaintiffs, | * <br> * | |
| v. | * | Civil Action No.: 07-CV-1908 |
| BRANDON P. REECE, *et al.*, <br> Defendants. | * <br> * <br> * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counter-Defendants Signature Homes LLC and BG Realty LLC and Counter-Defendants Kevin V. Bell, Kevin V. Bell T/A The Bell Group and Kevin B. Bell, LLC, by and through undersigned counsel of record, and Defendants/Counter-Plaintiffs Brandon P. Reece, Brandy Reece, Jerry Jones, Leslie Walker, Walker and Son, ARR Realty LLC, Evergreen Associates LLC, and Western Maryland Construction Solutions LLC, by and through undersigned counsel of record, hereby stipulate that all claims of the aforementioned parties, whether original claims contained in the Complaint, counterclaims contained in any counter-complaint, or cross-claims filed by any party identified hereinabove against any other party or entity in the above-captioned litigation, are and hereby shall be DISMISSED WITH PREJUDICE. Each party to this stipulation hereby expressly agrees that they shall bear its, his or her own legal fees, costs and expenses associated with this matter. The parties request that the Court enter an appropriate order dismissing all claims, counter-claims and cross-claims between the parties hereto.

Respectfully submitted,

*[signature]*

Cary J. Hansel (Fed. Bar No. 14722)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

Counsel for Plaintiff/Counter-Defendants Signature Homes LLC and BG Realty LLC and Counter-Defendants Kevin V. Bell and Kevin V. Bell T/A The Bell Group and Kevin V. Bell LLC

*[signature]*

Jason C. Buckel (Fed. Bar No. 24766)
BUCKEL & LEVASSEUR
206 Washington Street
Cumberland, Maryland 21502
Telephone (301) 759-3700
Facsimile   (301) 722-0334

*[signature]* Douglas S. Walker by JCB w/permission

Douglas S. Walker (Federal Bar No. 27024)
MILES & STOCKBRIDGE P.C.
101 Bay Street
Easton, Maryland 21601

Counsel for Defendants/Counter-Plaintiffs Brandon P. Reece, Brandy Reece, Jerry Jones, Leslie Walker, ARR Realty LLC, Evergreen Associates, LLC, Western Maryland Construction Solutions LLC, and Walker and Son