FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 FEB 24  A 11: 38

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

SIGNATURE HOMES, LLC, et al.

    Plaintiff

v.

    Case No.: 07-CV-1908

BRANDON P. REECE, et al.

    Defendants

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counter-Defendants Signature Homes, LLC and BG Realty, LLC, by and through undersigned counsel, and Defendant/Counter-Plaintiff Robert Douglas, by and through undersigned counsel, hereby stipulate that all claims of the aforementioned parties, whether original claims contained in the Complaint, counterclaims contained in any Counterclaim, or cross-claims filed by any party identified hereinabove against any other party or entity in the above-captioned litigation, are and hereby shall be DISMISSED WITH PREJUDICE. Each party to this stipulation hereby expressly agrees that they shall bear its, his or her own legal fees, costs, and expenses associated with this matter. The parties request that the Court enter an appropriate order dismissing all claims, counter-claims, and cross-claims between the parties hereto.

Respectfully submitted,

___/s/_____
Cary J. Hansel (Bar No. 14722)
Joseph M. Creed (Bar No. 17134)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 (facsimile)
Counsel for Signature Homes, LLC
and BG Realty, LLC


___/s/_____
Stephen C. Wilkinson (Bar No. 04808)
Stephen C. Wilkinson, LLC
220 Washington Street
P.O. Box 1379
Cumberland, Maryland 21501
Counsel for Robert Douglas


SO ORDERED, on Monday, February 23, 2009.

_____/s/_____
Marvin J. Garbis
United States District Judge