IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND (NORTHERN DIVISION)

SIGNATURE HOMES, LLC, et al.

  Plaintiff

v.

BRANDON P. REECE, et al.

  Defendants

Case No.: 07-CV-1908

### NOTICE OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1), Plaintiffs/Counter-Defendants Signature Homes, LLC and BG Realty, LLC, by and through undersigned counsel, hereby dismiss all claims against Defendants Custom Brick Layers & Builders; JMR Associates, LLC; James Riggs; and Walter Kimble.

Respectfully submitted,

/s/
Cary J. Hansel (Bar No. 14722)
Joseph M. Creed (Bar No. 17134)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 (facsimile)
Counsel for Signature Homes, LLC
and BG Realty, LLC

SO ORDERED, on Monday, May 4, 2009.

/s/
Marvin J. Garbis
United States District Judge

