# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

SIGNATURE HOMES, LLC, *et al.*

Plaintiff

v.

BRANDON P. REECE, *et al.*

Defendants

Case No.: 07-CV-1908

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counter-Defendants Signature Homes, LLC and BG Realty, LLC, by and through undersigned counsel, and Defendant Jones Quality Contracting, by and through undersigned counsel, hereby stipulate that all claims of the aforementioned parties, whether original claims contained in the Complaint, counterclaims contained in any Counterclaim, or cross-claims filed by any party identified hereinabove against any other party or entity in the above-captioned litigation, are and hereby shall be DISMISSED WITH PREJUDICE. Each party to this stipulation hereby expressly agrees that they shall bear its, his, or her own legal fees, costs, and expenses associated with this matter. The parties request that the Court enter an appropriate order dismissing all claims, counter-claims, and cross-claims between the parties hereto.

Respectfully submitted,

_____/s/_____
Cary J. Hansel (Bar No. 14722)
Joseph M. Creed (Bar No. 17134)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
(301) 220-1214 (facsimile)
Counsel for Signature Homes, LLC
and BG Realty, LLC


_____/s/_____
Douglas Walker (Bar No. 27024)
Miles & Stockbridge, P.C.
101 Bay Street
Easton, Maryland 21601
(410) 820-0264
Counsel for Jones Quality Contracting


SO ORDERED, on Friday, May 8, 2009.


_____/s/_____
Marvin J. Garbis
United States District Judge